IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAIYD A. MUHAMMAD, | No. 4:21-CV-02117 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| HERMAN QUAY, | |
| Respondent. | |

## ORDER

**AND NOW**, this 26th day of July 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Saiyd A. Muhammad's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge